CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
January 15, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROOSEVELT HARRY WOODSON JR., ) | |
| ) | |
| Plaintiff, ) | Case No. 7:24-cv-00718 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| MR. MULLINS *et al.*, ) | By: Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

Plaintiff Roosevelt Harry Woodson Jr., proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. (*See* Compl. [ECF No. 1].) On October 23, 2024, the Court ordered Plaintiff to submit a signed complaint and a prisoner trust account report fully accounting for the six-month period immediately preceding the filing of the complaint. (Order 1–4 [ECF No. 3].) The Court advised Plaintiff that failure to submit the requested information within 30 days would result in dismissal of this action. (*Id.* at 2.) Thereafter, Plaintiff submitted only an incomplete prisoner trust account report; he did not submit a signed complaint. (*See* Prisoner Trust Account Report [ECF No. 4].) On December 5, 2024, the Court notified Plaintiff of the incompleteness of the report and gave Plaintiff "one last opportunity" to submit a complete report and signed complaint, ordering Plaintiff to comply within 30 days of that order. (*See* Order 1 [ECF No. 5].)

More than 30 days have elapsed, and Plaintiff has still not submitted the complete financial report or the signed complaint. Accordingly, the Court will dismiss the action without prejudice for failure to prosecute and to comply with the Court's order. *See* Fed. R. Civ. P.

41(b). Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this opinion and the accompanying order to Plaintiff.

**ENTERED** this 15th day of January, 2025.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE